| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Agaia, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Beauty Manufacturing 1623 E Apache St Tulsa, OK 74106 | | | | | | $335,000.00 |
| American Express - Credit Card 200 Vessey St New York, NY 10285 | | | | | | $198,156.77 |
| Anthony Giordano 115 NE 3rd Ave, #501 Fort Lauderdale, FL 33301 | | | | | | $121,762.50 |
| Ascentium Capital LLC 23970 Highway 59 North Kingwood, TX 77339-1535 | | | | | | $143,457.96 |
| Bob Lee 1850 S Ocean Dr, Apt 2602 Hallandale, FL 33009 | | | | | | $130,334.86 |
| Edith Schmidt 180 Spinnaker Sail Ct Moneta, VA 24121 | | | | | | $150,000.00 |
| EMET ATTN: HR Penn Ltd Building 177 Main Street, PO Box _____ Road Town, Tortola, BVI | | | | | | $180,000.00 |

Debtor  **Agaia, Inc.**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| GMZ<br>4929 Solution Center<br>Chicago, IL 60677-4009 | | | | | | $153,099.63 |
| Howard Levy<br>1560 North Sandburg Terr<br>Chicago, IL 60610 | | | | | | $150,000.00 |
| Intercon Chemical Company<br>1100 Central Industrial Dr<br>Carol Stream, IL 60197-4520 | | | | | | $182,092.52 |
| Kathleen Gaines<br>488 Scenic Dr<br>Santa Barbara, CA 93103 | | | | | | $400,000.00 |
| Larry Dobbs<br>24 S Colonial Court<br>Wichita, KS 67207 | | | | | | $200,000.00 |
| Mike Linn<br>627 Oak lane<br>South Elgin, IL 60177 | | | | | | $241,083.29 |
| Robert Croteau<br>5189 Vista Bahia<br>Santa Barbara, CA 93111 | | | | | | $180,000.00 |
| Roger Thorn Thomson<br>488 Scenic Dr<br>Santa Barbara, CA 93103 | | | | | | $225,000.00 |
| Sanford Schmidt<br>2044 Thayer Ave<br>Los Angeles, CA 90025 | | | | | | $725,000.00 |
| Sanford Schmidt<br>2044 Thayer Ave<br>Los Angeles, CA 90025 | | | | | | $650,000.00 |
| Savino Del Bene U.S.A. Inc.<br>11701 NW 101 Rd Suite 3<br>Miami, FL 33178 | | | | | | $193,172.00 |
| TJ Zark<br>PO Box 1109<br>Mancos, CO 81328 | | | | | | $117,500.00 |

Debtor **Agaia, Inc.**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **William Doschadis**<br>**6761 Shoo Fly Rd**<br>**Placerville, CA**<br>**95667** | | | | | | **$250,000.00** |